NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee*

**v.**

**AMERICAN HOME ASSURANCE COMPANY,**
*Defendant-Appellant*

---

2018-1487

---

Appeal from the United States Court of International Trade in No. 1:10-cv-00179-RKE, Senior Judge Richard K. Eaton.

---

**JUDGMENT**

---

MARCELLA POWELL, International Trade Field Office, Commercial Litigation Branch, Civil Division, United States Department of Justice, New York, NY, argued for plaintiff-appellee. Also represented by AMY RUBIN; JEANNE DAVIDSON, JOSEPH H. HUNT, Washington, DC; BRANDON ROGERS, Office of Assistant Chief Counsel, United States Customs and Border Protection, Indianapolis, IN.

HERBERT C. SHELLEY, Steptoe & Johnson, LLP,

Washington, DC, argued for defendant-appellant. Also represented by MARK FREDERICK HORNING.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court